# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABRAHAM ITUAH, INDIVIDUALLY, AND     :    No. 111 EM 2015
D/B/A OSAZE & SONS ENTERPRISE        :
                                    :
                                    :
                  v.                       :
                                    :
                                    :
TD BANK, N.A., SUCCESSOR TO          :
COMMERCE BANK/PENNSYLVANIA,      :
N.A., 2005 MARKET STREET,             :
PHILADELPHIA, PA 19103                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.